13-CV-6852

March 16, 2014

U.S. D.oJ. EDNY
Judge John Gleeson
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 25 2014 ★
BROOKLYN OFFICE

Re: 11-cr-623

Dear Judge

Attached with this letter you will find 1 (one) copy of my Attorney's mail, dated March 6, 2014.

Due to the fact, I couldn't afford an attorney I really appreciated the Gov. constitution and your help for providing me with a defense attorney. As you know I'm not a man of law and it is harder for me to understand the law. As result, I put all my trust on the attorneys, I listened and did what they told me to do. However, now I find out they weren't on my best interest.

I understand it is a big burden for them to defend a terrorism case and some even they might not like it. How about on being on my best interest?!!!

Now, I would like to request you, kindly, if you could provide me with another defense attorney who would work with professionalism (making no mistake, knows what he is doing) and defending my best interest.

I apologize for taking your time in this matter. I look forward for your response.

Sincerely

Agron Hasbajrami
#65794-053