Send on March 20

Rec'd For Docketing 3/28/14 LM

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 24 2014 ★

BROOKLYN OFFICE

March 19, 2014

U.S. District Court
Eastern District of New York
Clerk Office
Brookly, NY 11201

Re: 13-CV-06852 (JG)

Dear Sir/Madam

Today on March 19, 2014 the Judgement ordered by Judge John Gleeson on 3/13/2014 was delivered to me at 5:00 pm.

Due to new appointed lawyer (whoever might be: Steve or someelse) additional time for reply paper or any addition motion will be needed and the attorney will do the suggestion.

Thank you for your time in this matter.

Sincerely
Agron Hasbajrami

